IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL WILLIAM JENSEN,

    Plaintiff,                                   CV F 05 1005 AWI WMW   P

vs.                                           ORDER RE MOTION (DOC 13 )

JAMES YATES, et al.,

    Defendants.

      Plaintiff is a state prisoner proceeding pro se. Pending before the court is Plaintiff's motion for leave to file an amended complaint to add a defendant. Subsequent to Plaintiff's motion, the court entered an order granting Plaintiff leave to file a first amended complaint. The first amended complaint is now before the court.

      Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for leave to add a defendant is denied as moot.

IT IS SO ORDERED.

**Dated:   August 10, 2006**               /s/  **William M. Wunderlich**
mmkd34                                        UNITED STATES MAGISTRATE JUDGE