IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL WILLIAM JENSEN,

        Plaintiff,                1:05-CV-01005 ALA P

    vs.

JAMES A. YATES, Warden, et al.,

        Defendants.        <u>ORDER</u>

_____/

      Plaintiff has requested an extension of time to file an amended complaint pursuant to the court's order of November 1, 2007. Good cause appearing, IT IS HEREBY ORDERED that:

      1. Plaintiff's November 19, 2007, motion for an extension of time is granted; and

      2. Plaintiff is granted forty-nine (49) days from the date of this order in which to file an amended complaint.

/////

DATED: November 27, 2007

                                          /s/ Arthur L. Alarcón
                                          UNITED STATES CIRCUIT JUDGE
                                          Sitting by Designation