IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL WILLIAM JENSEN,

        Plaintiff,                1: 05 CV 1005 LJO WMW PC

   vs.                            ORDER RE MOTION (DOC 38)

J. A. YATES, et al.,

        Defendants.

     Plaintiff has filed a motion to extend time to file a response to the order to show cause. Subsequently, Plaintiff was granted an extension of time in which to file a response to the order to show cause. Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion is denied as moot.

IT IS SO ORDERED.

**Dated:   September 3, 2008**              /s/  William M. Wunderlich
                                                            UNITED STATES MAGISTRATE JUDGE

1