IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL WILLIAM JENSEN,

        Plaintiff,                             1:05 CV 01005 LJO WMW PC

    vs.                                    ORDER SUGGESTING SUGGESTION
                                                OF DEATH UPON THE RECORD

J. A. YATES, et al.,

        Defendants.

        Plaintiff is a state prisoner proceeding pro se. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

        On February 18, 2009, findings and recommendations were entered, recommending that Plaintiff's application to proceed in forma pauperis be revoked pursuant to 28 U.S.C. § 1915(g). On March 9, 2009, the recommendation was returned with a notation that Plaintiff is deceased. Pursuant to Fed. R. Civ. P. 25(a)(1), successors or representatives of a deceased party may make a motion for substitution "not later than 90 days after the death is suggested upon the record" and continue the action. Ninety days have expired since the court

received notice of plaintiff's death.  The court accepts the suggestion of death upon the record. Under Rule 25(a)(1), unless a motion for substitution is made, "the action shall be dismissed as to the deceased party."  Absent such a statement, this case will be dismissed on June 23, 2009.

IT IS SO ORDERED.

**Dated:   March 23, 2009**                               /s/  **William M. Wunderlich**
                                                                            UNITED STATES MAGISTRATE JUDGE