IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL WILLIAM JENSEN,

    Plaintiff,                 1: 05 CV 01005 LJO YNP GSA (PC)

  vs.                          ORDER DISMISSING ACTION WITHOUT PREJUDICE

JAMES YATES, et al.,

    Defendants.

    On March 23, 2009, an order was entered, suggesting death upon the record pursuant to Federal Rule of Civil Procedure 25(a)(1). The order specified that under Rule 25(a)(1), unless a motion for substitution is made, the action shall be dismissed as to the deceased party. The order further specified that absent such a statement, this case would be dismissed on June 23, 2009. The court having received a suggestion of death, and no response having been filed to the order dated March 23, 2009;

    This matter is ordered dismissed without prejudice. The Clerk is directed to close this case.

    IT IS SO ORDERED.

**Dated:**  **June 25, 2009**             /s/ Lawrence J. O'Neill
                                                         UNITED STATES DISTRICT JUDGE

1